PD-1358-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/17/2015 11:41:08 AM
Accepted 12/19/2015 11:47:26 AM
ABEL ACOSTA
CLERK



**NO. PD-1358-15**
**NO. PD-1359-15**
**NO. PD-1360-15**
**NO. PD-1361-15**

---

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

APPEAL FROM THE FOURTEENTH COURT OF APPEALS OF TEXAS
NO. 14-14-00307-CR
NO. 14-14-00308-CR
NO. 14-14-00309-CR
NO. 14-14-00310-CR

---

## Eric Lynn Baumgart
*Appellant*

VERSUS

## The State of Texas
*Appellee*

---

# NOTICE OF INCOMPLETE RECORDS

---

FILED IN
COURT OF CRIMINAL APPEALS

December 18, 2015

ABEL ACOSTA, CLERK

Respectfully submitted by:

**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

INTO COURT COMES, ERIC LYNN BAUMGART, the Appellant, through the undersigned Attorney, who files this Notice of Incomplete Records and would respectfully show the Court as follows:

## PROCEDURAL SUMMARY

1.     On July 15, 2014 the Clerk's record was filed with the Court of Appeals and on July 16, 2014 the Reporter's record was filed. On July 21, 2014 the Reporter's record was supplemented.

2.     Appellant's case involved five separate criminal charges that were consolidated into one trial. These cases were assigned the following cause numbers by the Court of Appeals: 14-14-00306-CR (TC # 1909495); 14-14-00307-CR (TC # 1909496); 14-14-00308-CR (TC # 1909497); 14-14-00309-CR (TC # 1909498); and 14-14-00310-CR (TC # 1909499).

3.     As a matter of reference and brevity in this notice, these cases will be referred to by the three primary digits of cause number assigned by the Court of Appeals. In example, "COA # 306". Further, it is noted that Appellant was acquitted of the case under Cause Number 14-14-00306-CR (TC # 1909495) and it is not included in Appellant's petition for discretionary review.

## INCOMPLETE RECORDS

4.     During the week of December 14, 2015 Appellant discovered that both the Reporter and Clerk records were incomplete. A cursory review revealed that the following records were missing:

1.     The transcript from a pre-trial hearing conducted on November 19, 2012 concerning the illegal seizure of Appellant's property. This hearing was documented in the trial court records and referenced by image number 54033319 in the District Clerk's records. (CR 1 – 16, COA # 306).

2.     The transcript from the probable cause hearing conducted on November 21, 2012 for Appellant's sixth arrest by the District Attorney's Office. This hearing was documented in the District Clerk's records under prior trial court Cause Number 1862948. *See* Exhibit 1 (Page 4 – 'Settings').

3.     The transcript from a pre-trial hearing conducted on November 14, 2013 concerning discovery and a motion to quash. (CR 1 – 696, COA # 306; CR 1 – 713, COA # 307; CR 1 – 713, COA # 308; CR 1 – 700; COA # 309; CR 1 – 692, COA # 310). *See also* Exhibit 2 (Page 5 – 'Settings').

4.     The indictment from trial court cause number 1909497 that was assigned to COA # 308 which is referenced by image number 56749325 in the District Clerk's records.

5.     The indictment from prior trial court cause number 1853301 that was

assigned to COA # 308 which is referenced by image number 53466118 in the District Clerk's records.

6.     The memorandum in support of the motion for new trial and supporting exhibits filed with the trial court by Appellant on May 27, 2014. This request was documented in Appellant's designation of additional appeal record. (CR 1 – 544, COA # 306; CR 1 – 562, COA # 307; CR 1 – 562, COA # 308; CR 1 – 549; COA # 309; CR 1 – 542, COA # 310).

7.     The capias issued on September 26, 2012 for the arrest of Appellant under prior Cause Number 1853300 which is referenced by image number 53558332 in the District Clerk's records. This request was documented in Appellant's designation of additional appeal record. (CR 1 – 544, COA # 306; CR 1 – 562, COA # 307; CR 1 – 562, COA # 308; CR 1 – 549; COA # 309; CR 1 – 542, COA # 310).

5.     The Clerk's record for COA # 308 appears to be completely missing. COA # 308 was the appeal of trial court cause number 1909497, but the index number is for trial court cause number 1909496 which was assigned to COA # 307. The records for COA # 307 and COA # 308 have the identical page count of 718 pages and the pages numbers should be identical.

6.     The cases under COA # 307, COA # 308, COA # 309, and COA # 310 involved identical circumstances, just different alleged offense dates. The Clerk's

records for all four cases should be identical because there were no differences between them and they were simultaneously tried. This leads to the next concern. The Clerk's records for these cases consist of different page counts.

7.     COA # 306 was the most litigated case and should have had the most records, but it is next to the least number of pages. The remaining four should have had an identical page count, but they didn't. COA # 306 consisted of 701 pages, COA # 307 and COA # 308 consisted of 718 pages, COA # 309 consisted of 705 pages, and COA # 310 consisted of 697 pages. This discrepancy shows that the records submitted by the Clerk were incomplete.

8.     The records submitted to the Court of Appeals consist of 4,396 pages and the cases have been pending against Appellant since September 25, 2012. It will take time to fully examine this large volume of records. Another problem has presented itself that may further complicate or prevent the reconstruction of an accurate trial record. Certain records are believed to have been purged.

## PURGED RECORDS

9.     On October 9, 2015 Appellant discovered that the trial court records under COA # 306 had been purged from the District Clerk's public records. Appellant requested an explanation from the District Clerk and the only response received was the following: "I do not know why you cannot see the case. It is being

investigated.". This response was made by Charles Walker of the District Clerk's Office. *See* Exhibit 3.

10. On October 18, 2015 Appellant requested an update on the investigation that Charles Walker said was being done. *See* Exhibit 4. To date, Appellant never received an explanation why his court records were purged and these court records remain unaccounted for. *See* Exhibit 5. A comparison of Exhibit 5 and page 4 of Exhibit 2 shows that the missing case previously existed.

11. The purging of Appellant's court records and the failure to justify for the purging suggests serious improprieties by the government. More so, the District Clerk had documented much of Appellant's five cases in the purged records and now these records seem to be unavailable for the remaining appellate cases. This is a serious problem that injures Appellant's due process rights.

## FUNDAMENTAL HARM

12. Appellant was originally represented by a court appointed attorney who filed the initial appeal brief based on these incomplete records. This court appointed attorney was later discharged and these missing records were discovered by Appellant's current attorney during preparation for anticipated *habeas corpus* proceedings.

13. The transcripts known to be missing contain relevant matters that support

Appellant's innocence and potential points of error that should have been considered by the Court of Appeals. The missing court filings, although seemingly innocuous, show the possibility that more critical court filings were not submitted to the Court of Appeals. An incomplete trial court record denies the due process that Appellant is entitled to.

## ABATEMENT AND EXAMINATION

14. Appellant requests the Court of Criminal Appeals to abate the appeal for no less than 60-days so the trial court records may be examined to determine the full extent of its incompleteness and the degree of harm to Appellant's rights.

## CONSTITUTIONAL CHALLENGE

15. Appellant raised a constitutional challenge in his petition for discretionary review and Appellant would like the Court of Criminal Appeals to consider this challenge no matter the disposition of Appellant's case. This challenge affects a broad segment of the community statewide and it should be resolved in the interest of the community.

## MOTION TO RESUBMIT ORIGINAL BRIEF

16. Absent an acquittal or new trial, Appellant requests the opportunity to

submit a new appellate brief to the Court of Appeals since the initial briefs were based on incomplete trial court records. This is provided that a complete and accurate trial record can be established.

17. The known missing transcripts alone contain relevant matters concerning evidence and jurisdiction that directly affect the outcome of Appellant's case.

## COLLATERAL RELIEF

18. Appellant further requests the Court of Criminal Appeals to award Appellant all other relief that he may be entitled to under the law or in equity.

Respectfully submitted by:

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500
226 Sheldon Road
Channelview, Texas 77530
Tel. 281-457-9999
Fax. 281-457-0990

*Attorney for*:
Eric Lynn Baumgart
Appellant

- 8 -

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4(i)(3) of the Texas Rules of Appellate Procedure, it is certified that this document contains 1,343 words for included sections as defined under Rule 9.4(i)(1) and that it is compliant with Rule 9.4(i)(3)(D).

## CERTIFICATE OF SERVICE

Pursuant to Rule 9.5(d) of the Texas Rules of Appellate Procedure, it is certified that a true copy of these papers were served on the following parties:

**State Prosecuting Attorney**
PO Box 13046
Austin, Texas 78711
Via:  *Email to lisa.mcminn@spa.texas.gov*

**Harris County District Attorney**
Appellate Division
1201 Franklin Street, Suite 600
Houston, Texas 77002
Via:  *Email to curry_alan@dao.hctx.net*
        *Email to mccrory_daniel@dao.hctx.net*

**Texas Attorney General**
General Litigation Division
PO Box 12548
Austin, Texas 78711-2548
Via:  *Email to const_claims@texasattorneygeneral.gov*

_____
**Michael D. Gillespie**
Texas Bar Card No. 07926500

# EXHIBIT 1

**HCDistrictclerk.com**     The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742)     12/16/2015

Cause: 186294801010    CDI: 2    Court: 6

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 11/17/2012 |
| **Case (Cause) Status** | Dismissed |
| **Offense** | VIO PRIV INV/SEC ACT |
| **Last Instrument Filed** | Misdemeanor Information |
| **Case Disposition** | DISM-121312 |
| **Case Completion Date** | 12/13/2012 |
| **Defendant Status** | DISPOSED |
| **Bond Amount** | $5,000.00 |
| **Next/Last Setting Date** | 12/13/2012 |

### DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| **Race/Sex** | W / M | **Height/Weight** | |
| **Eyes** | | **Hair** | |
| **Skin** | | **Build** | |
| **DOB** | 1/4/1970 | **In Custody** | N |
| **US Citizen** | YES | **Place Of Birth** | XX |
| **Address** | | PO BOX 613 NOME TX77629 | |
| **Markings** | | | |

### COURT DETAILS

| | |
|---|---|
| **Court** | 6th |
| **Address** | 1201 Franklin (Floor: 9)<br>Houston, TX 77002<br>Phone:7137556200 |
| **JudgeName** | Larry Standley |
| **Court Type** | Criminal |

## BONDS

| Date | Type | Description | SNU |
|---|---|---|---|
| 11/17/2012 | BOND SET | $5000 | 999 |
| 11/18/2012 | BOND FILED | CRT 6 TIME 1200 TYPE SURETY | |
| 11/18/2012 | BOND MADE | AMT $5000 DATE 12/13/12 RCPT # | |
| 11/18/2012 | BONDSMAN | KUBOSH, FELIX MICHAEL | |
| 11/18/2012 | BOND FILED | CRT 6 TIME 0900 TYPE SURETY | |

| 11/18/2012 | BOND MADE | AMT $5000 DATE 11/17/12 RCPT # |
| 11/18/2012 | BONDSMAN | KUBOSH, FELIX MICHAEL |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 11/17/2012 | COMPLAINT FILED | 1220 6 VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/17/2012 | BOND SET | $5000 | 999 |
| 11/17/2012 | REVIEWED BY | GREENWOOD, CLINTON F. | |
| 11/17/2012 | ORI | HARRIS COUNTY D. A. OFFENSE NO: S1212 | |
| 11/17/2012 | COMPLAINANT | BONSAL, KIRK W | |
| 11/18/2012 | BOND FILED | CRT 6 TIME 1200 TYPE SURETY | |
| 11/18/2012 | BOND MADE | AMT $5000 DATE 12/13/12 RCPT # | |
| 11/18/2012 | BONDSMAN | KUBOSH, FELIX MICHAEL | |
| 11/18/2012 | BOND FILED | CRT 6 TIME 0900 TYPE SURETY | |
| 11/18/2012 | BOND MADE | AMT $5000 DATE 11/17/12 RCPT # | |
| 11/18/2012 | BONDSMAN | KUBOSH, FELIX MICHAEL | |
| 12/13/2012 | C87 ACTIVITY | DISM OTHER STATUS D CFI 6 | 998 |
| 12/13/2012 | C87 ACTIVITY | BOND TRANS STATUS CFI 6 | 999 |
| 12/13/2012 | MOTIONS | MO TRANSFER BND | 993 |
| 12/13/2012 | MOTIONS | FILED CFI 6 | |
| 12/07/2012 | MOTIONS | MO SET ASIDE AMD INF | 994 |
| 12/07/2012 | MOTIONS | FILED CFI 6 | |
| 11/21/2012 | MOTIONS | DISQ ASST DIST ATTY | 995 |
| 11/21/2012 | MOTIONS | FILED CFI 6 | |
| 11/21/2012 | MOTIONS | QUASH INFORMATION | 996 |
| 11/21/2012 | MOTIONS | FILED CFI 6 | |
| 11/21/2012 | MOTIONS | APP RESTORE PROPERTY | 997 |
| 11/21/2012 | MOTIONS | FILED CFI 6 | |
| 11/21/2012 | MOTIONS | EXHIBITS NOPC BRIEF | 998 |
| 11/21/2012 | MOTIONS | FILED CFI 6 | |
| 11/21/2012 | MOTIONS | DISQUALIFY ADA BRIEF | 999 |
| 11/21/2012 | MOTIONS | FILED CFI 6 | |
| 12/13/2012 | ORDER | GRT MO TRANSFER BND | 999 |
| 12/13/2012 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 12/13/2012 | COURT ORDER | DISMISSAL | 999 |
| 12/13/2012 | DISMISSAL REASON | CASE REFILED | |
| 12/13/2012 | JUDG OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |

## BOOKINGS

| Arrest Date | Arrest Location | Booking Date |
|-------------|-----------------|--------------|
| 11/17/2012 9:00:00 AM | HCTY | 11/17/2012 1:05:00 PM |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 139561501010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 \| | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561601010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 \| | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561401010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 \| | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561201010-3Dismissed(D) | BAUMGART, ERIC L | 7/24/2013 \| | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561301010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 \| | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 190949801010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 \| | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949601010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 \| | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949701010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 \| | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 190949901010-2Appeal(P) | BAUMGART, ERIC L | 7/24/2013 \| | 6 | Bond Made (B) | Probation (PROB) 3/13/2014 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 5/27/2014 |
| 138216601010-3Appeal(P) | BAUMGART, ERIC | 3/27/2013 \| 3/20/2014 | 183 | JAIL(J) | Probation (PROB) 3/20/2014 | $5,000.00 | TAMPERING WITH RECORD (F) | 9/23/2014 |
| 137072201010-3Dismissed(D) | BAUMGART, ERIC | 12/11/2012 \| | 183 | Disposed(D) | Dismissed (DISM) 3/19/2013 | $20,000.00 | TAMPER GOVT RECORD (F) | 3/19/2013 |
| 186704701010-2Dismissed(D) | BAUMGART, ERIC L | 12/10/2012 \| | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 137023001010-3Dismissed(D) | BAUMGART, ERIC L | 12/6/2012 \| | 183 | Disposed(D) | Disposed (DISP) 12/10/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 186294801010-2Dismissed(D) | BAUMGART, ERIC L | 11/17/2012 \| 11/17/2012 | 6 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 12/13/2012 |
| 136243201010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 \| | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243301010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 \| | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136242801010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 \| | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243101010-3Dismissed(D) | BAUMGART, ERIC | 9/25/2012 \| | 183 | Disposed(D) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Disposed (DISP) 9/26/2012 | | | |
| **136243401010-3Dismissed(D)** | BAUMGART, ERIC L | 9/25/2012 | 183 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $10,000.00 | TAMPER GOVT RECORD (F) | 12/13/2012 |
| **185330101010-2Dismissed(D)** | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| **185330001010-2Dismissed(D)** | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| **185330301010-2Dismissed(D)** | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| **185330201010-2Dismissed(D)** | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| KUBOSH, FELIX MICHAEL | BAIL BONDSMAN | | 74386000 |
| GILLESPIE, MICHAEL D. | HIRED DEFENSE ATTORNEY | | 57926500 |
| KUBOSH, FELIX MICHAEL | PREVIOUS BONDSMAN | | 74386000 |
| BAUMGART, ERIC L | DEFENDANT - CRIMINAL | | 01892742 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 11/21/2012 09:00 AM | 6 | Motions Docket | Arraignment | Reset | Present | 12/13/2012 12:00:00 AM | | Absent |
| 12/13/2012 09:00 AM | 6 | Motions Docket | Non-Trial Setting | | Absent | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| BAUMGART, ERIC | | W | M | 1/4/1970 | 01892742 |
| BAUMGART, ERIC L | Yes | W | M | 1/4/1970 | 01892742 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 54230195 | SUBPOENA DUCES TECUM | | 12/17/2012 | 7 |
| 54248850 | SUBPOENA DUCES TECUM | | 12/17/2012 | 7 |
| 54248851 | SUBPOENA DUCES TECUM | | 12/17/2012 | 7 |

| 54248852 | SUBPOENA DUCES TECUM | 12/17/2012 | 7 |
|---|---|---|---|
| 54248853 | SUBPOENA DUCES TECUM | 12/17/2012 | 7 |
| 54187063 | CASE RESET FORM | 12/13/2012 | 1 |
| 54193488 | DISMISS CASE | 12/13/2012 | 1 |
| 54149063 | MOTION TO SET ASIDE AMENDED CHARGING INSTRUMENT | 12/07/2012 | 3 |
| ·> 54149064 | PROPOSED ORDER | 12/07/2012 | 1 |
| 54082035 | SUBPOENA DUCES TECUM | 12/03/2012 | 1 |
| 54082036 | SUBPOENA DUCES TECUM | 12/03/2012 | 1 |
| 54082037 | SUBPOENA DUCES TECUM | 12/03/2012 | 1 |
| 54082038 | SUBPOENA DUCES TECUM | 12/03/2012 | 1 |
| 54082039 | SUBPOENA DUCES TECUM | 12/03/2012 | 1 |
| 53999984 | CASE RESET FORM | 11/21/2012 | 1 |
| 53999991 | ATTORNEY OF RECORD | 11/21/2012 | 1 |
| 54033312 | EXHIBITS TO BRIEF SHOWING NO PROBABLE CAUSE | 11/21/2012 | 20 |
| 54033313 | EXHIBITS TO MOTION TO DISQUALIFY THE DISTRICT ATTORNEY | 11/21/2012 | 23 |
| 54033314 | MOTION TO DISQUALIFY THE DISTRICT ATTORNEY | 11/21/2012 | 10 |
| ·> 54033315 | PROPOSED ORDER | 11/21/2012 | 1 |
| 54033316 | BRIEF SHOWING NO PROBABLE CAUSE | 11/21/2012 | 3 |
| 54033317 | MOTION TO QUASH INFORMATION | 11/21/2012 | 4 |
| ·> 54033318 | PROPOSED ORDER | 11/21/2012 | 1 |
| 54033319 | APPLICATION FOR ORDER TO RESTORE SEIZED PROPERTY | 11/21/2012 | 4 |
| ·> 54033320 | PROPOSED ORDER | 11/21/2012 | 1 |
| 54221289 | BAIL - BOND | 11/18/2012 | 3 |
| 53967135 | CHARGING INSTRUMENT - MISDEMEANOR INFORMATION | 11/17/2012 | 1 |
| 53967200 | CHARGING INSTRUMENT - COMPLAINT | 11/17/2012 | 1 |

# EXHIBIT 2

| HCDistrictclerk.com | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) | 3/6/2014 |
| --- | --- | --- |
| | Cause: 190949501010    CDI: 2    Court: 6 | |

## APPEALS
No Appeals found.

## PAYMENT PLAN
No Payment Plan found.

## RELATED CASES
No related cases found.

## BOOKINGS
No Bookings found.

## HOLDS
No Holds found.

## WITNESS
No Witness found.

## SUMMARY

### CASE DETAILS

| | |
| --- | --- |
| File Date | 7/24/2013 |
| Case (Cause) Status | Active - CRIMINAL |
| Offense | VIO PRIV INV/SEC ACT |
| Last Instrument Filed | Misdemeanor Indictment |
| Case Disposition | |
| Case Completion Date | N/A |
| Defendant Status | BOND MADE |
| Bond Amount | $5,000.00 |
| Next/Last Setting Date | 3/10/2014 |

### DEFENDANT DETAILS

| | | | |
| --- | --- | --- | --- |
| Race/Sex | W / M | Height/Weight | |
| Eyes | | Hair | |
| Skin | | Build | |
| DOB | 1/4/1970 | In Custody | N |
| US Citizen | YES | Place Of Birth | XX |
| Address | | PO BOX 613 NOME TX77629 | |
| Markings | | | |

### COURT DETAILS

| | |
| --- | --- |
| Court | 6th |
| Address | 1201 Franklin (Floor: 9) Houston, TX 77002 Phone:7137556200 |
| JudgeName | Larry Standley |
| Court Type | Criminal |

## BONDS

| Date | Type | Description | SNU |
| --- | --- | --- | --- |
| 07/26/2013 | BOND FILED | CRT 6 TIME 1200 TYPE PERSONAL PTR | |
| 07/26/2013 | BOND MADE | AMT $5000 DATE 07/26/13 RCPT # | |

07/26/2013    BONDSMAN        PERSONAL BOND, PTR

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|------|------|-------------|---------|
| 07/24/2013 | CI/MID | TIME 1205 AMOUNT $5000 | 999 |
| 07/24/2013 | | ACKNOWLEDGED BY SHERIFF | |
| 08/02/2013 | SERVICE ACTIVITY | RETURNED UNEXECUTED ON 07/26/13 | |
| 08/02/2013 | | RECEIPTED BY CLERK | |
| 07/26/2013 | BOND FILED | CRT 6 TIME 1200 TYPE PERSONAL PTR | |
| 07/26/2013 | BOND MADE | AMT $5000 DATE 07/26/13 RCPT # | |
| 07/26/2013 | BONDSMAN | PERSONAL BOND, PTR | |
| 07/24/2013 | GRAND JURY ACTION | MID 07/24/13 G208 | 999 |
| 07/24/2013 | GRAND JURY ACTION | ROTATION CRT 006 OFF FREQ BND $5000 | |
| 07/24/2013 | GRAND JURY ACTION | OFFENSE VIO PRIV INV/SEC ACT LEVEL MA | |
| 07/24/2013 | ORI | HARRIS COUNTY D. A. OFFENSE NO: PS1212 | |
| 07/26/2013 | C87 ACTIVITY | BOND APP STATUS B CFI 6 | 999 |
| 07/26/2013 | C87 TYPE OF BOND | PERSONAL PTR FOR $5000 | |
| 10/11/2013 | MOTIONS | MO QUASH SUBOENA DUC | 982 |
| 10/11/2013 | MOTIONS | FILED CFI 6 | |
| 10/11/2013 | MOTIONS | MO DISM FOR PROSECUT | 983 |
| 10/11/2013 | MOTIONS | FILED CFI 6 | |
| 10/07/2013 | MOTIONS | MO CONTINUANCE | 984 |
| 10/07/2013 | MOTIONS | FILED CFI 6 | |
| 09/23/2013 | MOTIONS | MO CUMULATE SENTENCE | 985 |
| 09/23/2013 | MOTIONS | FILED CFI 6 | |
| 09/23/2013 | MOTIONS | STATES MO LIMINE | 986 |
| 09/23/2013 | MOTIONS | FILED CFI 6 | |
| 09/23/2013 | MOTIONS | MO DISCLOSE EXPERTS | 987 |
| 09/23/2013 | MOTIONS | FILED CFI 6 | |
| 09/05/2013 | MOTIONS | DISCVRY | 988 |
| 09/05/2013 | MOTIONS | FILED CFI 6 | |
| 09/04/2013 | MOTIONS | DISCVRY | 989 |
| 09/04/2013 | MOTIONS | FILED CFI 6 | |
| 08/10/2013 | MOTIONS | MO PROSE DEFENCE | 990 |
| 08/10/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | COMMUNITY SUPERVISOI | 991 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | LIMINE | 992 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | JURY SLCT DOCMNT | 993 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | VOID DIRE EXPERT WIT | 994 |

| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | PROD EXCULP EVID | 995 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | DISCLOSE EVID/WITNES | 996 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/07/2013 | MOTIONS | DISLCOSE OF INFORMAN | 997 |
| 08/07/2013 | MOTIONS | FILED CFI 6 | |
| 08/08/2013 | MOTIONS | ST REQUEST FARET HEA | 998 |
| 08/08/2013 | MOTIONS | FILED CFI 6 | |
| 08/05/2013 | MOTIONS | MO QUASH INDICTMENT | 999 |
| 08/05/2013 | MOTIONS | FILED CFI 6 | |
| 11/14/2013 | ORDER | MO QUASH INDICTMENT DENIED | 993 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | GRT MO QUASH SUBOEPNA DUCES | 994 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | MO CONSOLIDATE CASES DENIED | 995 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/14/2013 | ORDER | GRT DISCOVERY | 996 |
| 11/14/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 11/15/2013 | ORDER | GRR ORD DIRECTING PROD RECO | 997 |
| 11/15/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 08/02/2013 | ORDER | TRANSFER MOTION GRT | 998 |
| 08/02/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |
| 07/25/2013 | ORDER | MID TR FROM 183RD 1395612 | 999 |
| 07/25/2013 | OFFENSE | VIO PRIV INV/SEC ACT LEVEL MA | |

## HOLDS

No holds found.

## CRIMINAL HISTORY

| Case(Cause)Nbr / Status | Defendant | Filed / Booked | Ct | Defendant Status | Disposition | Bond Amt | Type of Action / Offense | Next Setting |
|---|---|---|---|---|---|---|---|---|
| 139561501010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561601010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561401010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561201010-3Complete(C) | BAUMGART, ERIC L | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 139561301010-3Complete(C) | BAUMGART, ERIC | 7/24/2013 | | 183 | Disposed(D) | Disposed (DISP) 7/25/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |

| Case | Name | Date | | Status | Disposition | Bond | Offense | Date |
|---|---|---|---|---|---|---|---|---|
| 190949601010-2Active - CRIMINAL(A) | BAUMGART, ERIC L | 7/24/2013 | 6 | Bond Made (B) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 3/10/2014 |
| 190949701010-2Active - CRIMINAL(A) | BAUMGART, ERIC L | 7/24/2013 | 6 | Bond Made (B) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 3/10/2014 |
| 190949501010-2Active - CRIMINAL(A) | BAUMGART, ERIC L | 7/24/2013 | 6 | Bond Made (B) | | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 3/10/2014 |
| 190949901010-2Active - CRIMINAL(A) | BAUMGART, ERIC L | 7/24/2013 | 6 | Bond Made (B) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 3/10/2014 |
| 190949801010-2Active - CRIMINAL(A) | BAUMGART, ERIC L | 7/24/2013 | 6 | Bond Made (B) | | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 3/10/2014 |
| 138216601010-3Active - CRIMINAL(A) | BAUMGART, ERIC | 3/27/2013 | 183 | Bond Made (B) | | $20,000.00 | TAMPER GOVT RECORD (F) | 3/14/2014 |
| 137072201010-3Dismissed(D) | BAUMGART, ERIC | 12/11/2012 | 183 | Disposed(D) | Dismissed (DISM) 3/19/2013 | $20,000.00 | TAMPER GOVT RECORD (F) | 3/19/2013 |
| 186704701010-2Dismissed(D) | BAUMGART, ERIC L | 12/10/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 137023001010-3Complete(C) | BAUMGART, ERIC L | 12/6/2012 | 183 | Disposed(D) | Disposed (DISP) 12/10/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 186294801010-2Dismissed(D) | BAUMGART, ERIC L | 11/17/2012 11/17/2012 | 6 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $5,000.00 | VIO PRIV INV/SEC ACT (M) | 12/13/2012 |
| 136243301010-3Complete(C) | BAUMGART, ERIC | 9/25/2012 | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243201010-3Complete(C) | BAUMGART, ERIC | 9/25/2012 | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136242801010-3Complete(C) | BAUMGART, ERIC | 9/25/2012 | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243101010-3Complete(C) | BAUMGART, ERIC | 9/25/2012 | 183 | Disposed(D) | Disposed (DISP) 9/26/2012 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | |
| 136243401010-3Dismissed(D) | BAUMGART, ERIC L | 9/25/2012 | 183 | Disposed(D) | Dismissed (DISM) 12/13/2012 | $10,000.00 | TAMPER GOVT RECORD (F) | 12/13/2012 |
| 185330201010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 185330101010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 185330001010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |
| 185330301010-2Dismissed(D) | BAUMGART, ERIC | 9/25/2012 | 6 | Disposed(D) | Dismissed (DISM) 6/26/2013 | $1,000.00 | VIO PRIV INV/SEC ACT (M) | 6/26/2013 |

## ACTIVE PARTIES

| Name | Connection | Post Jdgm | SPN # |
|---|---|---|---|
| BAUMGART, ERIC L | PRO SE | | 01892742 |
| PERSONAL BOND, PTR | BAIL BONDSMAN | | 00002404 |

## INACTIVE PARTIES

No inactive parties found.

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Defendant | Future Date | Comments | Attorney Appearance Indicator |
|---|---|---|---|---|---|---|---|---|
| 8/02/2013 09:00 AM | 6 | Motions Docket | Arraignment | Reset | Present | 10/22/2013 12:00:00 AM | | Absent |
| 10/11/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Present | 11/1/2013 12:00:00 AM | | Absent |
| 10/22/2013 09:00 AM | 6 | Motions Docket | Jury Trial | Reset | Data Unavailable | 10/11/2013 12:00:00 AM | | Absent |
| 11/01/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Data Unavailable | 11/14/2013 12:00:00 AM | | Absent |
| 11/14/2013 09:00 AM | 6 | Motions Docket | Motion Hearing | Reset | Data Unavailable | 3/10/2014 12:00:00 AM | | Absent |
| 3/10/2014 09:00 AM | 6 | Motions Docket | Jury Trial | | Data Not Entered | 1/1/0001 12:00:00 AM | | Absent |

## ALIASES

| Defendant Alias | True Name | Race | Sex | DOB | SPN# |
|---|---|---|---|---|---|
| BAUMGART, ERIC | | W | M | 1/4/1970 | 01892742 |
| BAUMGART, ERIC L | Yes | W | M | 1/4/1970 | 01892742 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 59875656 | 36659 - RETURN OF SUBPOENA | | 03/04/2014 | 1 |
| 59848857 | 36640 - RETURN OF SUBPOENA | | 03/03/2014 | 1 |
| 59815224 | 36656 - RETURN OF SUBPOENA | | 02/27/2014 | 1 |
| 59815225 | 36657 - RETURN OF SUBPOENA | | 02/27/2014 | 1 |
| 59815226 | 36658 - RETURN OF SUBPOENA | | 02/27/2014 | 1 |
| 59810051 | 36642 - SUBPOENA | | 02/26/2014 | 1 |
| 59810053 | 36643 - SUBPOENA | | 02/26/2014 | 1 |
| 59810054 | 36644 - SUBPOENA | | 02/26/2014 | 1 |
| 59810056 | 36645 - SUBPOENA | | 02/26/2014 | 1 |
| 59810058 | 36646 - SUBPOENA | | 02/26/2014 | 1 |
| 59810059 | 36647 - SUBPOENA | | 02/26/2014 | 1 |
| 59810060 | 36648 - SUBPOENA | | 02/26/2014 | 1 |
| 59810061 | 36649 - SUBPOENA | | 02/26/2014 | 1 |
| 59810068 | 36650 - SUBPOENA | | 02/26/2014 | 1 |
| 59810069 | 36651 - SUBPOENA | | 02/26/2014 | 1 |
| 59810070 | 36652 - SUBPOENA | | 02/26/2014 | 1 |
| 59810071 | 36653 - SUBPOENA | | 02/26/2014 | 1 |

| 59810073 | 36654 - SUBPOENA | 02/26/2014 | 1 |
| 59810074 | 36655 - SUBPOENA | 02/26/2014 | 1 |
| 59810075 | 36656 - SUBPOENA | 02/26/2014 | 1 |
| 59810076 | 36657 - SUBPOENA | 02/26/2014 | 1 |
| 59810077 | 36658 - SUBPOENA | 02/26/2014 | 1 |
| 59810083 | 36659 - SUBPOENA | 02/26/2014 | 1 |
| 59810084 | 36660 - SUBPOENA | 02/26/2014 | 1 |
| 59810087 | 36617 - SUBPOENA | 02/26/2014 | 1 |
| 59810101 | 36633 - SUBPOENA | 02/26/2014 | 1 |
| 59810107 | 36634 - SUBPOENA | 02/26/2014 | 1 |
| 59810108 | 36635 - SUBPOENA | 02/26/2014 | 1 |
| 59810112 | 36636 - SUBPOENA | 02/26/2014 | 1 |
| 59810118 | 36637 - SUBPOENA | 02/26/2014 | 1 |
| 59810120 | 36638 - SUBPOENA | 02/26/2014 | 1 |
| 59810121 | 36639 - SUBPOENA | 02/26/2014 | 1 |
| 59810122 | 36640 - SUBPOENA | 02/26/2014 | 1 |
| 59810123 | 36641 - SUBPOENA | 02/26/2014 | 1 |
| 59810811 | 36654 - RETURN OF SUBPOENA | 02/26/2014 | 1 |
| 59810941 | 36639 - RETURN OF SUBPOENA | 02/26/2014 | 1 |
| 59778601 | 35433 - RETURN OF SUBPOENA | 02/25/2014 | 1 |
| 59782792 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/25/2014 | 1 |
| 59786103 | APPLICATION FOR SUBPOENA BY STATE | 02/25/2014 | 3 |
| 59809937 | FREEfax Cover Sheet | 02/25/2014 | 1 |
| 59810008 | FREEfax Cover Sheet | 02/25/2014 | 1 |
| 59737854 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| 59737855 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738179 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 2 |
| 59738180 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738181 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738182 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738183 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738184 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738185 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 2 |
| 59738207 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| 59738208 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738496 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| 59738497 | Subpoena Application Attachment DEFENSE | 02/21/2014 | 1 |
| 59738703 | APPLICATION FOR SUBPOENA BY DEFENSE | 02/21/2014 | 1 |
| 59740578 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| 59740722 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| 59740728 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| 59740739 | FREEfax Cover Sheet | 02/21/2014 | 1 |

| 59740745 | FREEfax Cover Sheet | 02/21/2014 | 1 |
| 59741639 | 35504 - SUBPOENA | 02/21/2014 | 1 |
| 59741640 | 35503 - SUBPOENA | 02/21/2014 | 1 |
| 59741642 | 35500 - SUBPOENA | 02/21/2014 | 1 |
| 59741643 | 35494 - SUBPOENA | 02/21/2014 | 2 |
| 59741644 | 35495 - SUBPOENA | 02/21/2014 | 2 |
| 59741645 | 35496 - SUBPOENA | 02/21/2014 | 2 |
| 59741646 | 35497 - SUBPOENA | 02/21/2014 | 2 |
| 59741647 | 35498 - SUBPOENA | 02/21/2014 | 2 |
| 59741648 | 35499 - SUBPOENA | 02/21/2014 | 2 |
| 59741649 | 35433 - SUBPOENA | 02/21/2014 | 2 |
| 59744188 | 35503 - RETURN OF SUBPOENA | 02/21/2014 | 2 |
| 59744954 | 35497 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744955 | 35498 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744957 | 35499 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744958 | 35494 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744959 | 35495 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744960 | 35496 - RETURN OF SUBPOENA | 02/21/2014 | 1 |
| 59744539 | APPLICATION FOR SUBPOENA BY STATE WITNESS IN COUNTY COURT | 02/19/2014 | 6 |
| 58380440 | TRIAL - DISCLOSE EXPERTS | 11/20/2013 | 3 |
| 58335072 | SUBPOENA | 11/18/2013 | 1 |
| 58335073 | SUBPOENA | 11/18/2013 | 1 |
| 58335074 | SUBPOENA | 11/18/2013 | 1 |
| 58326388 | TRIAL - PRODUCTION OF DOCUMENTS (FORMA PAUPERIS) | 11/15/2013 | 1 |
| 58297465 | CASE RESET FORM | 11/14/2013 | 1 |
| 58359154 | TRIAL - DISCOVERY | 11/14/2013 | 2 |
| 58375895 | OTHER - TO QUASH | 11/14/2013 | 3 |
| 58413929 | CONDITIONS OF BAIL | 11/14/2013 | 1 |
| 58713222 | TRIAL - CONSOLIDATE CASES | 11/14/2013 | 5 |
| 58237745 | ANSWER TO MOTION BY SHERIFF TO QUASH SUBPOENA | 11/10/2013 | 4 |
| 58215318 | DEFENDANT S ANSWER TO WAIVER OF ATTORNEY WARNINGS | 11/07/2013 | 5 |
| 58215317 | DEFENDANT S PRETRIAL FOCUS AND PROPOSED CASE MANAGEMENT PLAN | 11/05/2013 | 2 |
| 58102713 | CASE RESET FORM | 11/01/2013 | 1 |
| 59259507 | DEFENDANT'S PRETRIAL FOCUS AND PR0POSED CASE MANAGEMENT PLAN | 11/01/2013 | 2 |
| 59259508 | CODE OF CRIMINAL PROCEDURE CHAPTER 21 INDICTMENT & INFORMATION ARTS 21.011 - 21.02 | 11/01/2013 | 40 |
| 57755434 | MOTION FOR COMMUNITY SUPERVISION | 10/11/2013 | 1 |
| 57784415 | MOTION TO QUASH SUBPOENA DUCES TECUM | 10/11/2013 | 3 |
| 57784416 | SUBPOENA DUCES TECUM | 10/11/2013 | 1 |
| 57784417 | PROPOSED ORDER | 10/11/2013 | 1 |
| 57720205 | CASE RESET FORM | 10/09/2013 | 1 |
| 57720266 | SUBPOENA BY STATE FOR WITNESS IN COUNTY CRIMINAL COURT | 10/09/2013 | 3 |

| 57699308 | MOTION FOR CONTINUANCE | 10/07/2013 | 4 |
|---|---|---|---|
| 57699305 | APPLICATION FOR SUBPOENA BY STATE FOR WITNESS IN COUNTY CRIMINAL COURT | 10/04/2013 | 1 |
| 57429183 | PROPOSED ORDER | 09/24/2013 | 1 |
| 57429177 | STATES DISCLOSURE OF EXPERTS | 09/23/2013 | 3 |
| 57429178 | MOTION TO DISCLOSE EXPERTS | 09/23/2013 | 2 |
| 57429179 | PROPOSED ORDER | 09/23/2013 | 1 |
| 57429180 | STATE S MOTION IN LIMINE | 09/23/2013 | 1 |
| 57429181 | NOTICE OF INTENTION TO USE EVIDENCE OF PRIOR CONVICTIONS AND EXTRANEOUS OFFENSES | 09/23/2013 | 4 |
| 57429182 | MOTION TO CUMULATE SENTENCE | 09/23/2013 | 1 |
| 57464195 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464199 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57464200 | AFFIDAVIT | 09/23/2013 | 1 |
| 57464202 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464208 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| ·> 57720726 | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | 1 |
| | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | |
| | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | |
| 57464209 | AFFIDAVIT | 09/23/2013 | 1 |
| 57464210 | DAILY REPORT ON LAW ENFORCEMENT FORCE ACCOUNT WORK | 09/23/2013 | 4 |
| 57464211 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57464212 | BUSINESS RECORDS AFFIDAVIT | 09/23/2013 | 1 |
| 57464214 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57720725 | STATES NOTICE OF INTENT TO USE AS EVIDENCE BUSINESS RECORDS ACCOMPANIED BY AFFIDAVIT | 09/23/2013 | 1 |
| 57398382 | SUPOENA DUCES TECUM | 09/20/2013 | 4 |
| 57398383 | SUPOENA DUCES TECUM | 09/20/2013 | 5 |
| 57398384 | SUPOENA DUCES TECUM | 09/20/2013 | 3 |
| 57398385 | SUPOENA DUCES TECUM | 09/20/2013 | 4 |
| 57398386 | SUPOENA DUCES TECUM | 09/20/2013 | 5 |
| 57429184 | NOTICE OF STATE BAR GRIEVANCE (concerning Thomas Heyward Carter III) | 09/20/2013 | 9 |
| 57340343 | SUBPOENA DUCES TECUM | 09/18/2013 | 2 |
| 57340344 | SUBPOENA DUCES TECUM | 09/18/2013 | 2 |
| 57274668 | SUBPOENA DUCES TECUM | 09/11/2013 | 1 |
| 57211546 | MOTION FOR DISCOVERY | 09/05/2013 | 3 |
| 57340309 | MOTION FOR DISCOVERY ORDER | 09/04/2013 | 4 |
| 57340311 | EXHIBIT 1 | 08/29/2013 | 1 |
| 57340312 | EXHIBIT 2 | 08/29/2013 | 2 |
| 56914149 | REQUEST TO EXERCISE PRO SE DEFENSE | 08/09/2013 | 1 |

| 56885718 | STATES REQUEST FOR FARETTA HEARING | 08/08/2013 | 3 |
|---|---|---|---|
| 56896635 | MOTION IN LIMINE TO LIMIT STATES ARGUMENT | 08/07/2013 | 2 |
| 56896636 | APPLICATION FOR COMMUNITY SUPERVISON FROM THE JURY | 08/07/2013 | 2 |
| 56896637 | MOTION IN LIMINE REGARDING APPLICATION FOR COMMUNITY SUPERVISION | 08/07/2013 | 2 |
| 56896638 | MOTION FOR PRODUCTION EXCULPATORY EVIDENCE | 08/07/2013 | 2 |
| ‑> 56896639 | PROPOSED ORDER | 08/07/2013 | 2 |
| 56896640 | MOTION FOR DISCLOSURE OF EVIDENCE AND WITNESSES | 08/07/2013 | 2 |
| 56896641 | PROPOSED ORDER | 08/07/2013 | 2 |
| 56896643 | MOTION FOR DISCLOSURE OF INFORMANTS | 08/07/2013 | 2 |
| 56896644 | PROPOSED ORDER | 08/07/2013 | 1 |
| 56896654 | REQUEST FOR NOTICE OF STATES INTENTION TO USE EVIDENCE OF PRIOR CONVICTIONS | 08/07/2013 | 1 |
| 56896655 | REQUEST FOR NOTICE OF STATES INTENTION TO USE EVIDENCE OF EXTRANEOUS OFFENSES | 08/07/2013 | 1 |
| 56854690 | MOTION TO QUASH INDICTMENT | 08/05/2013 | 3 |
| 56863041 | TRANSFER ORDER | 08/02/2013 | 2 |
| 56754767 | BAIL - BOND | 07/26/2013 | 2 |
| 56749322 | CHARGING INSTRUMENT - MISDEMEANOR INDICTMENT | 07/24/2013 | 1 |

# EXHIBIT 3

# RE: Texas / Baumgart; Cause No. 1909495.

| | |
|---|---|
| **From:** | "Eric L. Baumgart" <eric.baumgart@earthlink.net> |
| **To:** | "Walker,Charlie (DCO)" |
| **Subject:** | RE: Texas / Baumgart; Cause No. 1909495. |
| **Date:** | Oct 12, 2015 1:13 PM |

Thank you for the response.


-----Original Message-----
>From: "Walker, Charlie (DCO)" <charlie.walker@hcdistrictclerk.com>
>Sent: Oct 12, 2015 2:09 PM
>To: "'eric.baumgart@earthlink.net'" <eric.baumgart@earthlink.net>
>Subject: RE: Texas / Baumgart; Cause No. 1909495.
>
>
>
>Mr. Baumgart
>Your acquittal case has not been expunged.  I do not know why you cannot see the
case.  It is being investigated.
>Charles Walker
>(713) 755-5102
>
>
>-----Original Message-----
>From: Eric L. Baumgart [mailto:eric.baumgart@earthlink.net]
>Sent: Sunday, October 11, 2015 3:19 PM
>To: Chris Daniel (Public)
>Cc: Judge Emmett (County Judge's Office); Henderson, Bill (County Judge's Office)
>Subject: Texas / Baumgart; Cause No. 1909495.
>
>Chris Daniel
>District Clerk's Office
>201 Caroline, Suite 420
>Houston, Texas 77002
>
>Mr. Daniel,
>
>I am a defendant to multiple criminal cases that originated in Harris County Texas
and I recently received an acquittal in one of these cases. My SPN is 01892742 and the
case I was acquitted for was under Cause Number 1909495. As of Friday-October 9, 2015
this case is longer listed in the online records for the District Clerk's Office.
>
>I did not authorize the expunction of my criminal records and I want records of my
acquitted case to remain in public record along with the multitude of past and pending

cases against me. I also want to know why my records were expunged, who authorized it, and when the records were expunged.
>
>Respectfully,
>
>Eric L. Baumgart
>PO Box 613
>Nome, Texas 77629
>T: 409-338-1661
>T: 281-457-9999

# EXHIBIT 4

# Texas / Baumgart; Cause No. 1909495.

| | |
|---|---|
| **From:** | "Eric L. Baumgart" <eric.baumgart@earthlink.net> |
| **To:** | charlie.walker@hcdistrictclerk.com |
| **Cc:** | c.daniel@hcdistrictclerk.com, judge.emmett@cjo.hctx.net, william.henderson@cjo.hctx.net |
| **Subject:** | Texas / Baumgart; Cause No. 1909495. |
| **Date:** | Oct 18, 2015 11:06 PM |

Mr. Walker,

Last week I requested the District Clerk's Office for Harris County Texas to report why a certain criminal case had been removed from public Internet records. The case related to SPN 01892742 and Cause Number 1909495.

You responded on behalf of elected District Clerk Chris Daniel and your response read in verbatim: "Your case has not been expunged. I do not know why you cannot see the case. It is being investigated.".

I'm not computer savvy, but I imagine that whoever altered these records was recorded by software and that tracking this event would not be difficult. And, it is my understanding that such transactions are public information.

As previously requested, I want records of my acquitted case to remain in public record along with the multitude of past and pending cases against me. I also want to know why my records were expunged, who authorized it, and when the records were expunged.

Respectfully,

Eric L. Baumgart
PO Box 613
Nome, Texas 77629
T: 409-338-1661
T: 281-457-9999

# EXHIBIT 5

# Criminal Search Results

Total records generated for printing is 23 (limit of 5,000, search results may vary)

| Case(Cause)# | Style | File Date | Court | Status | Type of Action/Offense |
|---|---|---|---|---|---|
| 139561201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561301010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561401010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561501010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 139561601010-3 Complete(C) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 190949601010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949701010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949801010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 190949901010-2 Appeal(P) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 7/24/2013 | 6 | **Defendant:** Bond Made(B) **Disposition:** Probation (PROB) | VIO PRIV INV / SEC ACT (M) |
| 138216601010-3 Appeal(P) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 3/27/2013 | 183 | **Defendant:** JAIL(J) **Disposition:** Probation (PROB) | TAMPERING WITH RECORD (F) |
| 137072201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 12/11/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | TAMPER GOVT RECORD (F) |
| 186704701010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 12/10/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 137023001010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 12/6/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 186294801010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 11/17/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 136242801010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243101010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243201010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243301010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Disposed(DISP) | VIO PRIV INV / SEC ACT (M) |
| 136243401010-3 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC L (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 183 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | TAMPER GOVT RECORD (F) |
| 185330001010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330101010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330201010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |
| 185330301010-2 Dismissed(D) | The State of Texas vs. BAUMGART, ERIC (SPN: 01892742) (DOB: 01/04/1970) | 9/25/2012 | 6 | **Defendant:** Disposed(D) **Disposition:** Dismissed (DISM) | VIO PRIV INV / SEC ACT (M) |